UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ARTHUR JEROME WILSON (#540407)

VERSUS

DARRELL VANNOY, ET AL.

CIVIL ACTION

NO. 14-388-SDD-SCR

### RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated February 5, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[3] is hereby granted, and the Plaintiff's *Complaint* is dismissed for failure to state a claim, predicated on the Plaintiff's failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling the complaint *in forma pauperis*. Further, the claims against the remaining, unserved Defendants, are dismissed pursuant to Rule 4(m).

Baton Rouge, Louisiana the 10 day of March, 2015.

*Shelly D. Dick*
**SHELLY D. DICK, DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 16.
[3] Rec. Doc. 15.